UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JUSTIN RINGGOLD-LOCKHART As Personal Representative of the Estate of Eddy Melaragno; NINA RINGGOLD In the Capacity As a Named Agent Under Advance Health Care Directive and In her Individual Capacity<br><br>Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH & SERVICES and DOES 1-10<br><br>Defendants. | CASE NO.:  2:17-cv-06296-JLS-SKx<br><br>**JUDGMENT**<br><br>Hon. Josephine L Staton, Judge<br>Dept. 10A<br><br>Complaint Filed:  August 25, 2017<br>Trial Date:  *Not Yet Set* |

    This action came before the Court by Defendant Providence Health & Services' Renewed Motion for Judgment on the Pleadings, in chambers, on November 2, 2021, before the Court, Hon. Josephine L. Staton, District Judge Presiding.  The Motion presented having been fully considered.  Plaintiff Nina Ringgold failed to file any opposition to the Motion by the deadline (or thereafter).  The matter had been set for hearing on November 5, 2021.  The issues having been fully considered, with opportunity to be heard, and a decision having been duly

rendered,

      IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed on the merits, and that Defendant Providence Health & Services recover its costs.

DATED:  November 4, 2021

                                **JOSEPHINE L. STATON**
                                JOSEPHINE L. STATON
                                United States District Judge